IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHILD DOE, by his parents and next friends, JOHN and JANE DOE,<br><br>    Plaintiffs,<br><br>-vs-<br><br>WASHINGTON PUBLIC SCHOOLS, A. J. BREWER, Superintendent, in his official and individual capacities; and STUART McPHERSON, Principal and Athletic Director, Washington Middle School, in his official and individual capacities,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIV-18-271-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Child Doe, by and through his parents and next friends, and through Child Doe's counsel of record, and Defendants, Independent School District No. 5, McClain County, Oklahoma, a/k/a Washington Public Schools, A.J. Brewer, Superintendent, in his individual capacity and Stuart McPherson, Principal and Athletic Director, Washington Middle School, in his individual Capacity, (hereinafter "Defendants"), pursuant to FED. R. CIV. P. 41, hereby voluntarily stipulate that all claims are hereby dismissed with prejudice to the refiling thereof, with each party to bear his/its own costs, attorney fees and expenses.

                                    Respectfully submitted,

                                    /S/ Renee D. Little
                                  Nathan D. Richter, OBA #22003
                                  Renee D. Little, OBA #22630

DENTON LAW FIRM
925 West State Highway 152
Mustang OK 73064
Telephone: (405) 376-2212
Facsimile: (405) 376-2262
E-Mail: nathan@dentonlawfirm.com
E-Mail: renee@dentonlawfirm.com

and

Adele P. Kimmel*
Alexandra Brodsky*
Adrienne Spiegel*
PUBLIC JUSTICE, P.C.
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Facsimile: (202) 232-7203
akimmel@publicjustice.net
abrodsky@publicjustice.net
aspiegel@publicjustice.net
*Admitted *pro hac vice*


s/Laura L. Ganz
F. Andrew Fugitt, OBA #10302
Laura L. Holmgren-Ganz, OBA #12342
The Center for Education Law, PC
900 North Broadway, Suite 300
Oklahoma City, Oklahoma 73102
Telephone:    (405) 528-2800
Facsimile:    (405) 528-5800
*afugitt@cfel.com*
**ATTORNEY FOR DEFENDANTS**
(Signed by the filing attorney with the permission of Laura L. Ganz)